**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Clement McGUIRE, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 13, 1997.
Decided Aug. 19, 1997.

## ORDER
PER CURIAM.

The order of the Superior Court which affirmed the denial of post-conviction relief sought by the appellant, Clement McGuire, is affirmed on the basis that eligibility for relief under the Post Conviction Relief Act, 42 Pa.C.S. § 9541 et seq., lapsed when McGuire completed serving his sentence.* See *Commonwealth v. Ahlborn*, —— Pa. ——, 699 A.2d 718 (1997).

---

**Alan HERTZBERG, Respondent,**

v.

**ZONING BOARD OF ADJUSTMENT OF the CITY OF PITTSBURGH**

v.

**MIRYAM'S, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 3, 1997.

## ORDER
PER CURIAM.

AND NOW, this 3rd day of September, 1997, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the evidence presented to the Zoning Board of Adjustment demonstrated the existence of an unnecessary hardship entitling petitioner to a variance and a special exception. This case is to be scheduled for oral argument.

**Sheila HANNA and Steven Hanna, Petitioners,**

v.

**WEST SHORE SCHOOL DISTRICT, Respondent.**

Supreme Court of Pennsylvania.

Sept. 3, 1997.

---

* McGuire filed a pro se PCRA petition on October 6, 1989, and an amended petition was subsequently filed by appointed counsel. A hearing on the petition was held on August 31, 1993. On April 1, 1994, McGuire was fully discharged upon the expiration of his parole. On May 18, 1994, the PCRA petition was denied.